IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-00745-DME-MJW

KENNETH WHITTENBURG,

Plaintiff,

v.

THE CITY OF AURORA, STATE OF COLORADO,

Defendant.

## ORDER

THIS MATTER COMES BEFORE the Court on the Plaintiff's Unopposed Motion for Dismissal With Prejudice of all Claims Against Defendant City of Aurora. The Court has considered this subject Motion and believes itself fully advised.

IT IS ORDERED THAT the unopposed Motion of the Plaintiff is granted and it is further ordered that this civil action is dismissed with prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(ii), each party to pay their own costs and attorneys' fees.

DATED this 19th day of September, 2007.

*s/ David M. Ebel*

David M. Ebel
United States Circuit Judge